AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, EXHIBITS |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER |
| DATE: | 8/18/2008 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

LAW OFFICE OF JASON J EVANS, LLC

Place where served: 5365 MAIN ST WILLIAMSVILLE, NY 14221

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

GAIL KLEPANEK

Relationship to defendant: MR. EVANS OFFICE MANAGER

Description of person accepting service:

SEX: F   AGE: 44   HEIGHT: 5'6"   WEIGHT: 220   SKIN: WHITE   HAIR: BLONDE   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ ___.___   SERVICES $ ___.___   TOTAL $ ___.___

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/19/2008

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: JOSEPH K JONES, ESQ
PLAINTIFF: MANDY SZULIMOWSKI, ET AL
DEFENDANT: LAW OFFICE OF JASON J EVANS, LLC
VENUE: DISTRICT OF NEW YORK
DOCKET: 08 CV 7191

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Signed this 19th day of August 2008

PAUL C. COLLINS
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 3/16/2010

JM